# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Myers, Jr., Robert P. | Southern District of Mississippi | 07/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

2012 15th Street, Suite 672
Gulfport, MS 39501

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President, School Advisory Council | Our Lady of Fatima Catholic School |
| 2. President, OLF Development Foundation | Our Lady of Fatima Catholic School |
| 3. Board Member/Member at Large | Lambda Chi Alpha Housing Corporation, Epsilon Chi Zeta Chapter |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/30/2020 | Myers Law Firm/Joe Sam Owen - contingency fee (case 1-30% of fee; case 2-30% plus litigation expenses of $333.00; case 3-40% plus litigation expenses of $419) |
| 2. 07/30/2020 | Myers Law Firm/Joe Sam Owen - continued; case 4 - 50% of fee plus litigation expenses of $19,232 |
| 3. 07/30/2020 | Myers Law Firm/Roland Samson - contingency fee (case 1 - 40% of contigency fee plus litigation expenses of $1,878) |
| 4. 07/30/2020 | Myers Law Firm/Roland Samson - continued; case 2 -40% of contingency fee plus litigation expenses of $1,583.13) |
| 5. 07/30/2020 | Myers Law Firm/Chris Smith (case 1-40% of contingency fee plus litigation expenses of $340; case 2-50% of continegency fee plus litigation expenses of $619 |
| 6. 07/30/2020 | Myers Law Firm/Chris Smith - continued; case 3 - $19,187 in hourly fees plus litigation expenses of $7,754 |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Myers Law Frim, PLLC - Self Employed, Attorney | $148,454.00 |
| 2. 2020 | Owen, Galloway & Myers, PLLC - Self Employed, Attorney | $357,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Loan Management Account | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. -Cash Acct-Hancock Whitney Bank | B | Interest | N | T | | | | | |
| 2. -Cash Acct-Community Bank | B | Interest | L | T | | | | | |
| 3. -Cash Acct-Keesler Federal Credit Union | B | Interest | L | T | | | | | |
| 4. -Cash Acct-Bancorp South | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. Retirement-Roth (H) | | | | | | | | | |
| 7. -Stock-Chevron Corp | C | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. HSA (H) | | | | | | | | | |
| 10. -Stock-Chevron Corp | B | Dividend | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. College/UTMA 3 (H) | | | | | | | | | |
| 13. -MFund-Vanguard Total Stkmkt | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. College Savings Plan Account 3 (H) | | | | | | | | | |
| 16. -IShares Core Grw Alloc A | A | Dividend | J | T | | | | | |
| 17. -Ishares Core Grw Alloc C | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | | | | |
| 19.  Shared Investment (H) | | | | | | | | | |
| 20.  -Merrill Lynch - Cash | A | Interest | J | T | | | | | |
| 21.  -CD - BMO Harris Bank NA | A | Interest | | | Redeemed | 12/01/20 | J | A | |
| 22.  -CD - Signature Bank | A | Interest | J | T | Buy | 03/13/20 | J | | |
| 23.  -Bond - Dominion Gas Hldgs LLC | A | Interest | | | Redeemed | 11/16/20 | J | A | |
| 24.  -Bond - JP Morgan Chase & Co | A | Interest | J | T | | | | | |
| 25.  -Bond - Dr Pepper Snapple Group | A | Interest | J | T | | | | | |
| 26.  -Bond - CitiGroup Inc | A | Interest | J | T | | | | | |
| 27.  -Pfrd Stock - Capital One Financial CO | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 28.  -Pfrd Stock - Digital Realty Trust | A | Dividend | J | T | | | | | |
| 29.  -Pfrd Stock - Equitable Holdings Inc | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 30.  -Pfrd Stock - MetLife Inc | A | Dividend | J | T | | | | | |
| 31.  -Mutual Fund - Fidelity High Dividend FDVV | A | Dividend | J | T | | | | | |
| 32.  -Mutual Fund - First Tr Morning Star FDL | A | Dividend | J | T | | | | | |
| 33.  -Mutual Fund - Frt Trt Val Index FVD | A | Dividend | J | T | | | | | |
| 34.  -Mutual Fund - Investco Oppenhmer Senior OOSCX | A | Dividend | J | T | Buy<br>(add'l) | 11/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Mutual Fund - IShares Edge MsciUSMV | A | Dividend | J | T | | | | | |
| 36.  -Mutual Fund - Nuveen High Yield Muni NHCCX | A | Dividend | J | T | | | | | |
| 37.  -Mutual Fund - Schwab US Dividend Eqty SCHD | A | Dividend | J | T | | | | | |
| 38.  -Mutual Fund - Vanguard Dividend VID | A | Dividend | K | T | | | | | |
| 39.  -Mutual Fund - Kayne Anderson Next Gen KMF | A | Dividend | J | T | Buy | 09/01/20 | J | | |
| 40. | | | | | | | | | |
| 41.  Investment 1 (H) | | | | | | | | | |
| 42.  - Cash Acct - Merrill Lynch | A | Interest | J | T | | | | | |
| 43.  - Stock - Abbott Labs ABT | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 44.  - Stock - Advance Auto Parts Inc AAP | A | Dividend | J | T | | | | | |
| 45.  - Stock - Adobe Inc ADBE | A | Dividend | J | T | Sold (part) | 06/24/20 | J | B | |
| 46.  - Stock - Akamia Technologies Inc AKAM | A | Dividend | J | T | | | | | |
| 47.  - Stock - Albany Intl Crp New Class A AIN | A | Dividend | J | T | | | | | |
| 48.  - Stock - Albermarle Corp Com ALB | A | Dividend | J | T | | | | | |
| 49.  - Stock - Alcon SA ACT Nom ALC | A | Dividend | J | T | | | | | |
| 50.  - Stock - Alexion Pharms Inc ALXN | A | Dividend | J | T | | | | | |
| 51.  - Stock - Alibaba Group Holding LT BABA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Stock - Allegion PLC Shs ALLE | A | Dividend | J | T | | | | | |
| 53.  - Stock - Alphabet Inc Shs GOOG | A | Dividend | | | Sold | 07/31/20 | J | A | |
| 54.  - Stock - Altria Group Inc MO | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 55.  - Stock - Amazon Com Inc Com AMZN | A | Dividend | K | T | Sold<br>(part) | 07/20/20 | J | | |
| 56.  - Stock - Ameriprise Final Inc AMP | A | Dividend | J | T | | | | | |
| 57.  - Stock - Amgen Inc Com AMGN | A | Dividend | J | T | | | | | |
| 58.  - Stock - Anheuser-Busch Inbev Adr BUD | A | Dividend | J | T | | | | | |
| 59.  - Stock - Ansys Inc ANSS | A | Dividend | | | Sold | 10/20/20 | J | A | |
| 60.  - Stock - Apple Inc AAPL | A | Dividend | J | T | | | | | |
| 61.  - Stock - Aptiv Plc Shs APTV | A | Dividend | J | T | | | | | |
| 62.  - Stock - Archrock Inc AROC | A | Dividend | J | T | | | | | |
| 63.  - Stock - Arrow Electronics ARW | A | Dividend | J | T | | | | | |
| 64.  - Stock -ASML Hldg Nv Ny Reg Shs ASML | A | Dividend | J | T | | | | | |
| 65.  - Stock - Auto Desk Inc Del PV $0.01 ADSK | A | Dividend | | | Sold | 10/09/20 | J | A | |
| 66.  - Stock - Baxter Intl Inc BAX | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 67.  - Stock - Becton Dickinson Co BDX | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 68.  - Stock - Bio Rad Labs CL A BIO | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Stock - Biomarin Pharma BMRN | A | Dividend | J | T | | | | | |
| 70.   - Stock - Black Knight Holdco Corp BKI | A | Dividend | J | T | | | | | |
| 71.   - Stock - Broadcom Ltd AVGO | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 72.   - Stock - Cabot Corp CBT | A | Dividend | J | T | | | | | |
| 73.   - Stock - Cabot Oil & Gas Corp COG | A | Dividend | J | T | | | | | |
| 74.   - Stock - Capital One Finl COF | A | Dividend | J | T | | | | | |
| 75.   - Stock - CBRE Group Inc CBRE | A | Dividend | J | T | | | | | |
| 76.   - Stock - Centene Corp CNC | A | Dividend | J | T | | | | | |
| 77.   - Stock - CF INDS HLDGS Inc CF | A | Dividend | J | T | | | | | |
| 78.   - Stock - Chubb Ltd CB | A | Dividend | J | T | | | | | |
| 79.   - Stock- CIE Generales DES MGDDY | A | Dividend | J | T | | | | | |
| 80.   - Stock - Cinn Fincl Crp Ohio CINF | A | Dividend | J | T | | | | | |
| 81.   - Stock - Cirrus Logic Inc Del CRUS | A | Dividend | J | T | | | | | |
| 82.   - Stock - Cisco Systems CSCO | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 83.   - Stock - Coca Cola Com KO | A | Dividend | J | T | | | | | |
| 84.   - Stock - Coherent Inc Cal COHR | A | Dividend | J | T | | | | | |
| 85.   - Stock - Comcast Corp New Cl A CMCSA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Stock - Commerce Banc Shares CBSH | A | Dividend | J | T | | | | | |
| 87.   - Stock - Corp Office PPTYS Trust OFC | A | Dividend | J | T | | | | | |
| 88.   - Stock - Corteva Inc Reg Shs CTVA | A | Dividend | J | T | | | | | |
| 89.   - Stock - Costco Wholesale Crp Del COST | A | Dividend | J | T | | | | | |
| 90.   - Stock - Cracker Barel Old Countr Store Inc CBRL | A | Dividend | J | T | | | | | |
| 91.   - Stock - Crown Castle Reitco CCI | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 92.   - Stock - Cullen First BKRS PV $0.01 CFR | A | Dividend | J | T | Sold (part) | 05/27/20 | J | A | |
| 93.   - Stock - DR Horton Inc DHI | A | Dividend | J | T | | | | | |
| 94.   - Stock - Danaher Corp Del Com DHR | A | Dividend | J | T | Sold (part) | 01/17/20 | J | B | |
| 95.   - Stock - Darden Restaurants Inc DRI | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 96.   - Stock - Deere Co DE | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 97.   - Stock - DIODES Inc Com DIOD | A | Dividend | J | T | | | | | |
| 98.   - Stock - Disney (Walt) Co Com Stk DIS | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 99.   - Stock - East West Bancorp Inc EWBC | A | Dividend | J | T | | | | | |
| 100.  - Stock - Eastman Chemical Co COM EMN | A | Dividend | J | T | | | | | |
| 101.  - Stock - Eaton Vance Corp Nvt EV | A | Dividend | J | T | | | | | |
| 102.  - Stock - Ecolab Inc ECL | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Jr., Robert P.** | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Stock - Elanco Animal Health Inc ELAN | A | Dividend | J | T | | | | | |
| 104.   - Stock - EQTY Lifestyle PPTYS Inc ELS | A | Dividend | J | T | | | | | |
| 105.   - Stock - Equinix Inc EQIX | A | Dividend | J | T | | | | | |
| 106.   - Stock - Facebook Inc FB | A | Dividend | J | T | | | | | |
| 107.   - Stock - Fidelity Natl Info Svcs FIS | A | Dividend | J | T | | | | | |
| 108.   - Stock - First Cash Inc FCFS | A | Dividend | J | T | | | | | |
| 109.   - Stock - Formfactor Inc FORM | A | Dividend | J | T | | | | | |
| 110.   - Stock - Gatx Corporation GATX | A | Dividend | J | T | | | | | |
| 111.   - Stock - Genl Dynamics Corp Com GD | A | Dividend | J | T | | | | | |
| 112.   - Stock - Global Pmts Inc Georgia GPN | A | Dividend | | | Sold | 10/15/20 | J | A | |
| 113.   - Stock - Hexcel Corp New Com HXL | A | Dividend | J | T | | | | | |
| 114.   - Stock - Hologic Inc HOLX | A | Dividend | J | T | | | | | |
| 115.   - Stock - Home Depot Inc HD | A | Dividend | J | T | Sold<br>(part) | 03/13/20 | J | B | |
| 116.   - Stock - Honeywell Intl Inc HON | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 117.   - Stock - Horace Mann Eductrs New HMN | A | Dividend | J | T | | | | | |
| 118.   - Stock - Houlihan Lokey Inc HLI | A | Dividend | J | T | | | | | |
| 119.   - Stock - Hudson PAC PPTYS Inc HPP | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   - Stock - Huntington Ingalls Inds Inc HII | A | Dividend | | | Sold | 08/07/20 | J | A | |
| 121.   - Stock - IHS Markit Ltd Shs INFO | A | Dividend | J | T | | | | | |
| 122.   - Stock - Intercontinental Exchange Inc ICE | A | Dividend | | | Sold | 10/12/20 | J | B | |
| 123.   - Stock - Johnson Controls Inter JCI | A | Dividend | J | T | | | | | |
| 124.   - Stock - JP Morgan Chase & Co JPM | A | Dividend | J | T | Sold (part) | 01/17/20 | J | C | |
| 125.   - Stock - Keycorp New Com KEY | A | Dividend | J | T | | | | | |
| 126.   - Stock - Lennar Corp Cl A LEN | A | Dividend | J | T | | | | | |
| 127.   - Stock - Lincoln Ntl Corp LNC | A | Dividend | | | Sold | 01/16/20 | J | A | |
| 128.   - Stock - Martin Marietta Matls MLM | A | Dividend | J | T | | | | | |
| 129.   - Stock - Medtronic PLC Shs MDT | A | Dividend | J | T | | | | | |
| 130.   - Stock - Merck MRK | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 131.   - Stock - Microchip Technology Inc MCHP | A | Dividend | J | T | | | | | |
| 132.   - Stock - Microsoft Corp MSFP | A | Dividend | K | T | Sold (part) | 06/24/20 | J | C | |
| 133.   - Stock - Mitsubishi UFJ Finl Grp MUFJ | A | Dividend | J | T | | | | | |
| 134.   - Stock - Monolithic Pwr Systems MPWR | A | Dividend | J | T | | | | | |
| 135.   - Stock - Monster Beverage Shs MNST | A | Dividend | J | T | | | | | |
| 136.   - Stock - MOOG Inc CL A MOGA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Jr., Robert P.** | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   - Stock - Myriad Genetics Inc MYGN | A | Dividend | J | T | | | | | |
| 138.   - Stock - Novartis Adr NVS | A | Dividend | J | T | | | | | |
| 139.   - Stock - Nutanix Inc NTNX | A | Dividend | J | T | | | | | |
| 140.   - Stock - Nvidia NVDA | A | Dividend | J | T | | | | | |
| 141.   - Stock - NXP Semiconductors N.V. NXPI | A | Dividend | J | T | | | | | |
| 142.   - Stock - ON Semiconductor CRP Com ON | A | Dividend | J | T | | | | | |
| 143.   - Stock - Orasure Techs Inc Com OSUR | A | Dividend | J | T | | | | | |
| 144.   - Stock - Paloalto Networks Inc PANW | A | Dividend | J | T | | | | | |
| 145.   - Stock - Parker Hannifin Corp PH | A | Dividend | J | T | | | | | |
| 146.   - Stock - Paypal Holdings Inc Shs PYPL | A | Dividend | J | T | Sold (part) | 08/07/20 | J | B | |
| 147.   - Stock - Penn Natl Gaming Corp PENN | A | Dividend | J | T | | | | | |
| 148.   - Stock - Phillips 66 Shs PSX | A | Dividend | J | T | | | | | |
| 149.   - Stock - Pioneer Natural Res PXD | A | Dividend | J | T | | | | | |
| 150.   - Stock - PNC Fincl Services Group PNC | A | Dividend | J | T | | | | | |
| 151.   - Stock - Procter & Gamble Co PG | A | Dividend | J | T | | | | | |
| 152.   - Stock - Qualcomm Inc QCOM | A | Dividend | J | T | | | | | |
| 153.   - Stock - Raymond James Finl Inc RJF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   - Stock - Raytheon Technologies RTX | A | Dividend | J | T | | | | | |
| 155.   - Stock -Reinsurance Group America RGA | A | Dividend | J | T | | | | | |
| 156.   - Stock - Republic Services Inc RSG | A | Dividend | J | T | | | | | |
| 157.   - Stock - RPM International Inc RPM | A | Dividend | J | T | | | | | |
| 158.   - Stock - Ryder System Inc R | A | Dividend | J | T | | | | | |
| 159.   - Stock - Salesforce Com Inc CRM | A | Dividend | J | T | | | | | |
| 160.   - Stock - SBA Communications Corp SBAC | A | Dividend | J | T | | | | | |
| 161.   - Stock - Seaspan Corp SESCF | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 162.   - Stock - Service Corp Intl SCI | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 163.   - Stock - Smith AO Corp Del Com AOS | A | Dividend | J | T | | | | | |
| 164.   - Stock - SNAP On Inc Com SNA | A | Dividend | J | T | | | | | |
| 165.   - Stock - Sunoco Products Co SON | A | Dividend | J | T | | | | | |
| 166.   - Stock - Sony Corp Adr New SNE | A | Dividend | J | T | | | | | |
| 167.   - Stock - Splunk Inc SPLK | A | Dividend | J | T | | | | | |
| 168.   - Stock - Starbucks Corp SBUX | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 169.   - Stock - Stericycle Inc Com SRCL | A | Dividend | J | T | | | | | |
| 170.   - Stock - Sterling Bancorp STL | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.   - Stock - Sun Commntys Inc SUI | A | Dividend | J | T | | | | | |
| 172.   - Stock - SYNEOS Health Inc SYNH | A | Dividend | J | T | | | | | |
| 173.   - Stock - Taiwan S Manufacturing Adr TSM | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 174.   - Stock - Teledyne Tech Inc TDY | A | Dividend | J | T | | | | | |
| 175.   - Stock - Tempur Sealy Intl Inc TPX | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 176.   - Stock - Texas Instruments TXN | A | Dividend | J | T | | | | | |
| 177.   - Stock - Thermofisher Scientific Inc TMO | A | Dividend | J | T | Sold<br>(part) | 01/17/20 | J | C | |
| 178.   - Stock - Transunion TRU | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 179.   - Stock - Twitter Inc TWTR | A | Dividend | J | T | | | | | |
| 180.   - Stock - Tyson Foods Inc Cl A TSN | A | Dividend | J | T | | | | | |
| 181.   - Stock - Uber Technologies Inc UBER | A | Dividend | J | T | | | | | |
| 182.   - Stock - Ulta Beauty Inc ULTA | A | Dividend | J | T | | | | | |
| 183.   - Stock - Unilever UL | A | Dividend | | | Sold | 03/13/20 | J | A | |
| 184.   - Stock - Union Pacific UNP | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 185.   - Stock - UnitedHealth Group Inc UNH | A | Dividend | J | T | | | | | |
| 186.   - Stock - United Parcel Service Cl B UPS | A | Dividend | | | Sold | 08/07/20 | J | A | |
| 187.   - Stock - Verizon Communications Inc VZ | A | Dividend | | | Sold | 01/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Stock - Visa Inc Cl A Shrs V | A | Dividend | J | T | | | | | |
| 189. - Stock - VMWare Inc VMW | A | Dividend | J | T | | | | | |
| 190. - Stock - Walgreens Boots Alliance WBA | A | Dividend | J | T | | | | | |
| 191. - Stock - Walmart Inc WMT | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 192. - Stock - Waste Mgmt Inc WM | A | Dividend | | | Sold | 01/17/20 | J | B | |
| 193. - Stock - WEC Energy Group Inc Shs WEC | A | Dividend | J | T | | | | | |
| 194. - Stock - Wolverine World Wide WWW | A | Dividend | J | T | | | | | |
| 195. - Stock - Woodward Inc WWD | A | Dividend | J | T | | | | | |
| 196. - Stock - WWGrainger Incorp GWW | A | Dividend | J | T | | | | | |
| 197. - Stock - XILINX Inc XLNX | A | Dividend | | | Sold | 11/03/20 | J | A | |
| 198. - Stock - XYLEM Inc Shs XYL | A | Dividend | J | T | | | | | |
| 199. - Stock - Zoetis Inc ZTS | A | Dividend | J | T | | | | | |
| 200. - Stock - Zynga Inc ZNGA | A | Dividend | | | Sold | 01/17/20 | J | C | |
| 201. - MFunds - Columbia Strategic Income Fund LSIZX | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 202. - MFunds - First Tr Utilities Alphadex Fund FXU | A | Dividend | | | Sold | 01/17/20 | K | B | |
| 203. - MFunds - MFS Inernational Diversification Fund CL 1 MDIJX | A | Dividend | L | T | Sold (part) | 07/20/20 | J | A | |
| 204. - MFunds - Western Asset Core Plus WACPX | C | Dividend | M | T | Sold (part) | 07/20/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | B | | | C | | | D | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | Income during reporting period | | | Gross value at end of reporting period | | | Transactions during reporting period | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | | | |
| 206. Investment 3 (H) | | | | | | | | | | | |
| 207. -Stock - Apple Inc Com | | B | Dividend | | M | T | | | | | |
| 208. | | | | | | | | | | | |
| 209. Retirement Main (H) | | | | | | | | | | | |
| 210. -Merrill Lynch Cash | | A | Interest | | K | T | | | | | |
| 211. -Stock - Abbott Labs ABT | | A | Dividend | | J | T | | | | | |
| 212. -Stock - Abbvie Inc Shs ABBV | | A | Dividend | | J | T | | Buy (add'l) | 03/23/20 | J | |
| 213. | | | | | | | | Buy (add'l) | 07/17/20 | J | |
| 214. -Stock -Adobe Inc ADBE | | A | Dividend | | J | T | | | | | |
| 215. -Stock - Advance Auto Parts Inc AAP | | A | Dividend | | J | T | | | | | |
| 216. -Stock - Air Products & Chem APD | | A | Dividend | | J | T | | | | | |
| 217. -Stock - AKAMAI Technologies Inc AKAM | | A | Dividend | | J | T | | | | | |
| 218. -Stock - Alcon SA Act Nom ALC | | A | Dividend | | J | T | | | | | |
| 219. -Stock - Alexion Pharms Inc ALEN | | A | Dividend | | J | T | | | | | |
| 220. -Stock - Alphabet Inc Shs Cl A GOOG | | A | Dividend | | | | | Sold | 07/31/20 | J | B |
| 221. -Stock - Alibaba Group Holding LT BABA | | A | Dividend | | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  -Stock - Amazon Com Inc Com AMZN | A | Dividend | K | T | Sold<br>(part) | 03/26/20 | J | A | |
| 223.  -Stock - American Tower REIT Inc SHS AMT | A | Dividend | J | T | | | | | |
| 224.  -Stock - Amgen Inc Com AMGN | A | Dividend | J | T | | | | | |
| 225.  -Stock - Anheuser Busch Inbev Adr BUD | A | Dividend | J | T | | | | | |
| 226.  -Stock - Apple Inc AAPL | A | Dividend | J | T | | | | | |
| 227.  -Stock - Aptiv PLC Shs APTV | A | Dividend | J | T | | | | | |
| 228.  -Stock - ASML HLDG NV NY REG Shs ASML | A | Dividend | J | T | Buy<br>(add'l) | 11/06/20 | J | | |
| 229.  -Stock - Atlassian Corp PLC TEAM | A | Dividend | J | T | Buy<br>(add'l) | 11/09/20 | J | | |
| 230.  -Stock - Automatic Data Proc ADP | A | Dividend | J | T | | | | | |
| 231.  -Stock - Biomarin Pharmaceuticals BMRN | A | Dividend | J | T | | | | | |
| 232.  -Stock - Blackrock Inc BLK | A | Dividend | J | T | | | | | |
| 233.  -Stock - Broadcom Ltd ABGO | A | Dividend | J | T | | | | | |
| 234.  -Stock - Chevron Corp CVX | A | Dividend | J | T | | | | | |
| 235.  -Stock - Cicso Systems Inc Com CSCO | A | Dividend | J | T | | | | | |
| 236.  -Stock - Coca Cola Com KO | A | Dividend | J | T | | | | | |
| 237.  -Stock - Comcast Corp New Cl A CMCSA | A | Dividend | J | T | | | | | |
| 238.  -Stock - Costco Wholesale Crp Del COST | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Stock - Crown Castle Reit Inc CCI | A | Dividend | J | T | | | | | |
| 240. -Stock - Disney (Walt) Co Com Stk DIS | A | Dividend | J | T | Sold (part) | 12/15/20 | J | A | |
| 241. -Stock - Eaton Corp PLC ETN | A | Dividend | J | T | | | | | |
| 242. -Stock - Ecolab Inc ECL | A | Dividend | J | T | | | | | |
| 243. -Stock - Eli Lilly & Co LLY | A | Dividend | J | T | | | | | |
| 244. -Stock - Equinix Inc EQIX | A | Dividend | J | T | | | | | |
| 245. -Stock - Exxon Mobile Corp XOM | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 246. -Stock - Facebook Inc FB | A | Dividend | J | T | Sold (part) | 05/20/20 | J | A | |
| 247. -Stock - Fidelity Natl Info Svcs FIS | A | Dividend | J | T | | | | | |
| 248. -Stock - Home Depot Inc HD | A | Dividend | J | T | | | | | |
| 249. -Stock - Honeywell Intl Inc Del HON | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 250. -Stock - Ihs Markit Ltd Shs INFO | A | Dividend | J | T | | | | | |
| 251. -Stock - Illinois Tool Works Inc ITW | A | Dividend | J | T | | | | | |
| 252. -Stock - Johnson and Johnson Com JNJ | A | Dividend | J | T | Sold (part) | 03/23/20 | J | A | |
| 253. | | | | | Sold (part) | 07/10/20 | J | A | |
| 254. | | | | | Sold (part) | 12/02/20 | J | A | |
| 255. -Stock - JP Morgan Chase & Co JPM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. -Stock - Lockheed Martin Corp LMT | A | Dividend | J | T | | | | | |
| 257. -Stock - Marsh & McLennan Cos Inc MMC | A | Dividend | J | T | | | | | |
| 258. -Stock - McDonald's Corp Com MCD | A | Dividend | J | T | Sold<br>(part) | 04/17/20 | J | A | |
| 259. -Stock - Medtronic PLC Shs MDT | A | Dividend | J | T | | | | | |
| 260. -Stock - Merck and Co Inc Shs MRK | A | Dividend | J | T | Buy<br>(add'l) | 09/04/20 | J | | |
| 261. -Stock - Microsoft Corp MSFT | A | Dividend | K | T | | | | | |
| 262. -Stock - Mondelez International Inc MDLZ | A | Dividend | J | T | | | | | |
| 263. -Stock - Monster Beverage Shs MNST | A | Dividend | J | T | | | | | |
| 264. -Stock - Nextera Energy Inc Shs NEE | A | Dividend | J | T | | | | | |
| 265. -Stock - Nutanix Inc NTNX | A | Dividend | J | T | Sold<br>(part) | 05/28/20 | J | A | |
| 266. -Stock - Nvidia NVDA | A | Dividend | J | T | | | | | |
| 267. -Stock - NXP Semiconductors NV NXPI | A | Dividend | J | T | Buy<br>(add'l) | 08/04/20 | J | | |
| 268. -Stock - Oracle ORCL | A | Dividend | | | Sold | 03/27/20 | J | A | |
| 269. -Stock - Paloalto Networks Inc PANW | A | Dividend | J | T | Sold<br>(part) | 05/28/20 | J | A | |
| 270. -Stock - Paychex Inc PAYX | A | Dividend | J | T | | | | | |
| 271. -Stock - Pepsi Co Inc PEP | A | Dividend | J | T | | | | | |
| 272. -Stock - Pfizer PFE | A | Dividend | | | Sold | 05/12/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -Stock - Phillips 66 Shs PSX | A | Dividend | J | T | | | | | |
| 274.  -Stock - PNC Financial Services Group PNC | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 275.  -Stock - Procter and Gamble Co PG | A | Dividend | J | T | Buy (add'l) | 04/17/20 | J | | |
| 276. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 277.  -Stock - Prologis Inc PLD | A | Dividend | J | T | | | | | |
| 278.  -Stock - Qualcomm Inc QCOM | A | Dividend | J | T | Buy (add'l) | 10/16/20 | J | | |
| 279.  -Stock - Realty Incom Corp MD PV$1 Reit O | A | Dividend | J | T | | | | | |
| 280.  -Stock - Raytheon Technologies RTX | A | Dividend | J | T | | | | | |
| 281.  -Stock - Salesforce Com Inc CRM | A | Dividend | J | T | Buy (add'l) | 08/04/20 | J | | |
| 282.  -MFund - Sector SPDR Energy XLE | A | Dividend | J | T | | | | | |
| 283.  -Stock - Sempra Energy SRE | A | Dividend | J | T | | | | | |
| 284.  -Stock - Splunk Inc SPLK | A | Dividend | J | T | Sold (part) | 05/28/20 | J | A | |
| 285. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 286.  -Stock - Starbucks Corp SBUX | A | Dividend | J | T | | | | | |
| 287.  -Stock - Texas Instruments TXN | A | Dividend | J | T | | | | | |
| 288.  -Stock - Thermofisher Scientific TMO | A | Dividend | J | T | | | | | |
| 289.  -Stock - Truist Finl Corp TFC | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  -Stock - Uber Technologies Inc UBER | A | Dividend | J | T | Sold (part) | 05/28/20 | J | A | |
| 291. | | | | | Sold (part) | 12/15/20 | J | A | |
| 292. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 293.  -Stock - Ulta Beauty Inc ULTA | A | Dividend | J | T | | | | | |
| 294.  -Stock - United Parcel Svc Cl B UPS | A | Dividend | J | T | Buy (add'l) | 12/02/20 | J | | |
| 295.  -Stock - UnitedHealth Group Inc UNH | A | Dividend | J | T | | | | | |
| 296.  -Stock - US Bank Corp USB | A | Dividend | J | T | | | | | |
| 297.  -Stock - Verizon Communications Com VZ | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 298.  -Stock - Visa Inc Cl A Shs V | A | Dividend | J | T | | | | | |
| 299.  -Stock - VMWare Inc VMW | A | Dividend | J | T | | | | | |
| 300.  -Stock - WWGrainger Inc GWW | A | Dividend | J | T | | | | | |
| 301.  -Stock - WEC Energy Group Inc Shs WEC | A | Dividend | J | T | | | | | |
| 302.  -Stock - Workday Inc CL A WDAY | A | Dividend | J | T | | | | | |
| 303.  -Stock - Zoetis Inc ZTS | A | Dividend | J | T | | | | | |
| 304.  -MFunds - Angel Oak Multi-Strategy Income Fund Cl C ANGCX | A | Dividend | | | Sold (part) | 05/27/20 | J | A | |
| 305. | | | | | Sold | 06/12/20 | L | A | |
| 306.  -MFunds - Blackrock Liquidity Fund T Fund Instl Cl TSTXX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. -MFunds - Columbia Strategic Income Fund Cl Institutional LSIZX | B | Dividend | K | T | Buy (add'l) | 05/27/20 | J | | |
| 308. | | | | | Sold (part) | 06/12/20 | K | A | |
| 309. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 310. -MFunds - Comm Services Select Sector XLC | A | Dividend | J | T | Buy (add'l) | 05/14/20 | J | | |
| 311. -MFunds - Consumer Discretionary Spdr XLY | A | Dividend | J | T | Buy (add'l) | 10/16/20 | J | | |
| 312. -MFunds - First Trust Dow Jones Internet Index Fund FDN | A | Dividend | J | T | Sold (part) | 05/14/20 | J | A | |
| 313. -MFunds - Health Care Select Spdr XLV | A | Dividend | J | T | Buy (add'l) | 05/14/20 | J | | |
| 314. -MFunds - Miller Opportunity Trust Cl 1 LMNOX | A | Dividend | L | T | Buy (add'l) | 03/16/20 | J | | |
| 315. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 316. | | | | | Sold (part) | 06/12/20 | J | A | |
| 317. | | | | | Sold (part) | 12/14/20 | K | D | |
| 318. -MFunds - Pimco Income Fund Cl 12 PONPX | B | Dividend | K | T | Buy (add'l) | 06/12/20 | K | | |
| 319. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 320. -MFunds - Real Estate Select Sector Spdr Fund XLRE | A | Dividend | | | Sold | 05/14/20 | J | A | |
| 321. -MFunds - Sector Pdr Energy XLE | A | Dividend | J | T | | | | | |
| 322. -MFunds - Vanguard Small Cap VB | A | Dividend | J | T | Buy (add'l) | 01/16/20 | J | | |
| 323. -MFunds - Wells Fargo Special Small Cap Value Fund Instl ESPNX | A | Dividend | L | T | Buy (add'l) | 03/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 325. | | | | | Sold (part) | 06/12/20 | J | A | |
| 326. | | | | | Sold (part) | 12/14/20 | J | A | |
| 327. -Etf - First Trust Cloud Computing Etf SKYY | A | Dividend | J | T | Buy (add'l) | 04/16/20 | J | | |
| 328. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 329. -Etf - IShares Ibox $ Invt Grade Corp BD LQD | A | Dividend | J | T | | | | | |
| 330. -Etf - IShares Inc Core Msci Emerging Mkts IEMG | A | Dividend | J | T | Sold (part) | 01/16/20 | J | A | |
| 331. | | | | | Sold (part) | 04/16/20 | J | A | |
| 332. -Etf - IShares MBS Etf MBB | A | Dividend | | | Sold | 01/16/20 | J | A | |
| 333. -Etf - IShares Nasdaq Biotech Etf IBB | A | Dividend | J | T | Sold (part) | 05/14/20 | J | A | |
| 334. -Etf - IShares Tr Core Msci Eaf IEFA | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 335. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 336. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 337. -Etf - Proshares Online Retail Shs ONLN | A | Dividend | J | T | Buy | 10/16/20 | J | | |
| 338. -Etf - Spdrus Financial Sector XLF | A | Dividend | J | T | Buy (add'l) | 10/16/20 | J | | |
| 339. -Etf - Vanguard Consumer Staples VDC | A | Dividend | J | T | Sold (part) | 05/14/20 | J | A | |
| 340. -Etf - Vanguard Industrial VIS | A | Dividend | J | T | Sold (part) | 05/14/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Jr., Robert P.** | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  -Etf - Vanguard Information Tech VGT | A | Dividend | K | T | Buy<br>(add'l) | 05/14/20 | J | | |
| 342.  -Etf - Vanguard Materials VAW | A | Dividend | J | T | | | | | |
| 343.  -Bond - Western Asset Core Plus Bond Fund<br>Cl 1 WACPX | C | Dividend | M | T | Buy<br>(add'l) | 05/27/20 | J | | |
| 344. | | | | | Buy<br>(add'l) | 06/12/20 | K | | |
| 345. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 346. | | | | | | | | | |
| 347.  Shared Savings Account 3 (H) | | | | | | | | | |
| 348.  -Stock - Apple Inc | A | Dividend | J | T | | | | | |
| 349.  -Stock - Chevron Corporation | A | Dividend | J | T | | | | | |
| 350.  -Stock - CitiGroup Inc | A | Dividend | J | T | | | | | |
| 351. | | | | | | | | | |
| 352.  Shared Savings Account A (H) | | | | | | | | | |
| 353.  -Stock - Apple Inc | A | Dividend | J | T | | | | | |
| 354.  -Stock - Chevron Corp | A | Dividend | J | T | | | | | |
| 355.  -Stock - Citigroup Inc | A | Dividend | J | T | | | | | |
| 356. | | | | | | | | | |
| 357.  Retirement 1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Merrill Lynch Cash | A | Interest | J | T | | | | | |
| 359.  -MFund - American Growth Fund GFFFX | A | Dividend | | | Buy | 03/26/20 | J | | |
| 360. | | | | | Sold | 09/03/20 | K | D | |
| 361.  -MFund - Blackrock Advantage Large MALRX | A | Dividend | J | T | Buy (add'l) | 06/01/20 | K | | |
| 362. | | | | | Sold (part) | 09/03/20 | J | A | |
| 363. | | | | | Sold (part) | 10/08/20 | J | A | |
| 364.  -MFund - Blackrock Emerging MADCX | A | Dividend | J | T | Sold (part) | 01/16/20 | J | A | |
| 365. | | | | | Sold (part) | 10/08/20 | J | A | |
| 366.  -MFund - Blackrock High Yield Bond Portfolio BHYIX | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 367.  -MFund - Blackrock Technology Opportunities Fund BGSIX | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 368.  -MFund - Blackrock Total Return Fund Institution MAHQX | B | Dividend | L | T | Buy (add'l) | 07/17/20 | K | | |
| 369. | | | | | Buy | 01/16/20 | K | | |
| 370. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 371. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 372.  -MFund - First Trust Financials Alphadex Fund FXO | A | Dividend | J | T | Sold (part) | 03/20/20 | J | A | |
| 373.  -MFund - First Trust Nasdaq 100 QTEC | A | Dividend | | | Sold | 07/17/20 | J | C | |
| 374.  -MFund - First Trust Technology Alphadex Fund FXL | A | Dividend | | | Sold | 07/20/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  -MFund - First Trust Utilities | A | Dividend | | | Sold | 04/15/20 | J | A | |
| 376.  -MFund - First Trust Dow Jones Internet FDN | A | Dividend | | | Sold | 09/04/20 | J | D | |
| 377.  -MFund - Hartford Core Equity HGIIX | A | Dividend | K | T | Buy (add'l) | 08/06/20 | K | | |
| 378.  -IShares US Medical Etf | A | Dividend | J | T | | | | | |
| 379.  -IShares Edge MSC Etf USA Value Factor | A | Dividend | J | T | | | | | |
| 380.  -IShares Core S&P 500 Etf IVV | A | Dividend | K | T | Sold (part) | 08/07/20 | J | A | |
| 381. | | | | | Buy | 01/17/20 | J | | |
| 382. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 383. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 384. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 385.  -IShares Core S&P Small IJR | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 386. | | | | | Sold (part) | 10/09/20 | J | A | |
| 387.  -MFund - IShares DowJones US Fnl IYG | A | Dividend | | | Sold | 10/09/20 | J | A | |
| 388. | | | | | Buy | 08/17/20 | J | | |
| 389.  IShares 3-7 Year Treasury Bond ETF IEI | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 390.  -IShares 7-10 Treas Bond IEF IEF | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 391. | | | | | Sold (part) | 11/09/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 393. -IShares 20+ Year Treas Bond Etf TLT | A | Dividend | J | T | Sold (part) | 11/09/20 | J | A | |
| 394. | | | | | Sold (part) | 03/27/20 | J | A | |
| 395. | | | | | Sold (part) | 07/20/20 | J | B | |
| 396. | | | | | Buy | 02/14/20 | K | | |
| 397. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 398. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 399. | | | | | | | | | |
| 400. -IShares TR Core MSCI Eaf Etf | A | Dividend | K | T | | | | | |
| 401. -IShares TR MSCI EAFE Growth EFG | B | Dividend | K | T | Buy | 09/02/20 | J | | |
| 402. -IShares MSCI USA Size Etf | A | Dividend | J | T | | | | | |
| 403. -IShares Edge MSCI Min Vol USMV | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 404. | | | | | Sold (part) | 09/04/20 | J | A | |
| 405. IShares Edge MSCI USA Size Factor ETF SIZE | A | Dividend | | | Buy | 03/12/20 | J | | |
| 406. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 407. | | | | | Sold | 09/04/20 | J | B | |
| 408. -IShares Edges MSCI USA Value Factor ETF VLUE | A | Dividend | J | T | Buy | 09/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. -IShares Iboxx $ Invt Grade Corp Bond LQD | A | Dividend | | | Buy | 09/04/20 | J | | |
| 410. | | | | | Sold | 10/09/20 | J | A | |
| 411. -IShares Inc Core MSCI Emerging Mkts ETF IEMG | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 412. -IShares - JP Morgan EM BON Holding EMB | A | Dividend | | | Buy | 04/15/20 | J | | |
| 413. | | | | | Sold | 07/20/20 | J | A | |
| 414. -IShares - MBS ETF MBB | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 415. -IShares Trust IShares ES Aware ESGU | A | Dividend | K | T | Buy | 09/02/20 | J | | |
| 416. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 417. -IShares - Tips Bond ETF TIP | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 418. -IShares - TR Core MSCI EAT ETF IEFA | A | Dividend | | | Sold | 10/09/20 | J | A | |
| 419. | | | | | Sold (part) | 01/17/20 | J | A | |
| 420. | | | | | Sold (part) | 09/04/20 | J | A | |
| 421. -IShares - TR MSCI EAFE Growth EFG | A | Dividend | K | T | Buy | 09/04/20 | K | | |
| 422. -IShares US Medical Devices ETF IHI | A | Dividend | J | T | Buy | 07/20/20 | J | | |
| 423. -Invesco S&P Foo Equal Weight ETF RSP | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 424. -MFund- Metropolitan West Total Return Bond Fund MWTIX | A | Dividend | | | Sold | 01/16/20 | J | A | |
| 425. -MFund - Pimco Income Fund CL 12 PONPX | A | Dividend | J | T | Buy | 02/13/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Sold<br>(part) | 09/03/20 | J | A | |
| 427. | | | | | Sold<br>(part) | 10/08/20 | J | A | |
| 428. -MFund - Pimco Inernational Bond Fund PFBPX | A | Dividend | | | Sold | 03/26/20 | J | A | |
| 429. -MFund - SPDR MSCI Emerging Markets Strategic Factors QEMM | A | Dividend | | | Sold | 10/09/20 | J | A | |
| 430. | | | | | Buy | 09/04/20 | J | | |
| 431. -MFund - Vanguard Small Cap Etf | A | Dividend | | | Sold | 08/13/20 | J | A | |
| 432. -MFund - Vanguard Dividend Appreciation ETF VIG | A | Dividend | | | Sold | 06/02/20 | K | D | |
| 433. -MFund - Vanguard Growth ETF VUG | A | Dividend | | | Sold | 08/07/20 | J | C | |
| 434. -MFund - Vanguard Intermediate Term Bond Fund ETF BIV | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 435. -MFund - Vanguard Intermediate Term Corporate Bond VCIT | A | Dividend | | | Sold | 01/17/20 | J | A | |
| 436. -MFund - Vanguard Short Term Corporate Bond VCSH | A | Dividend | | | Sold | 02/14/20 | K | A | |
| 437. -MFund - Vanguard Small Cap Growth ETF VBK | A | Dividend | | | Sold | 09/04/20 | J | C | |
| 438. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 439. -MFund - Vanguard Value ETF VTV | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 440. -Stock - Wisdomtree Emerging Mark Ex State Own XSOE | A | Dividend | J | T | Buy | 10/07/20 | J | | |
| 441. | | | | | | | | | |
| 442. Retirement 2 (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -MFund - Blackrock Eqty Dividend MADVX | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 444. -MFund - Clearbridge Large Cap | A | Dividend | J | T | | | | | |
| 445. -MFund - Delaware Small Cap Core DCCIX | A | Dividend | J | T | Buy (add'l) | 01/15/20 | J | | |
| 446. -MFund - Edgewood Growth Fund CL | A | Dividend | J | T | | | | | |
| 447. -MFund - GS GQG Partners GSIMX | A | Dividend | J | T | Buy (add'l) | 08/19/20 | J | | |
| 448. -MFund - IShares Russell 1000 Growth IWF | A | Dividend | J | T | Buy (add'l) | 04/16/20 | J | | |
| 449. -MFund - IShares Russell 1000 Value IWD | A | Dividend | J | T | Buy (add'l) | 04/16/20 | J | | |
| 450. -MFund - IShares Tr Core MSCI Eaf Etf IEFA | A | Dividend | J | T | | | | | |
| 451. -MFund - MFS Value FD Cl I | A | Dividend | J | T | | | | | |
| 452. -MFund - IShares US Treasury Bond Etf GOVT | A | Dividend | J | T | Buy (add'l) | 02/12/20 | J | | |
| 453. | | | | | Sold (part) | 01/17/20 | J | A | |
| 454. -MFund - Ishares Core S&P ETF Holding IVV | A | Dividend | | | Sold | 04/16/20 | J | A | |
| 455. -MFund - Nueberger Berman Intl Equity Fund CL Inst lNBIIX | A | Dividend | | | Sold (part) | 07/15/20 | J | A | |
| 456. | | | | | Sold | 08/19/20 | J | A | |
| 457. -MFund - T Rowe Price Emerging Markets Stock FD Inv C PRMSX | A | Dividend | J | T | Buy | 01/16/20 | J | | |
| 458. -Bond - Pimco Investment Grade PBDPX | A | Interest | J | T | Buy (add'l) | 02/13/20 | J | | |
| 459. ETF - Vanguard Dividend Appreciation VID | A | Dividend | | | Sold | 04/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -Bond - Vanguard Intrmdiate-Term VCIT | A | Interest | J | T | | | | | |
| 461. -Bond - Vanguard Intermediate Term Bond BIV | A | Interest | | | Sold | 02/14/20 | J | A | |
| 462. -Bond - Vanguard Short-Term Corporate Bond Hldg VCSH | A | Interest | | | Sold | 02/14/20 | J | A | |
| 463. | | | | | | | | | |
| 464. Education Savings Account 1 (H) | | | | | | | | | |
| 465. -Bank of America Cash | A | Interest | J | T | | | | | |
| 466. -MFund - Blackrock Advantage Large MDLRX | A | Dividend | J | T | Sold (part) | 11/05/20 | J | B | |
| 467. -MFund - Blackrock Global | A | Dividend | K | T | | | | | |
| 468. | | | | | | | | | |
| 469. Individual Investor Account 1 (H) | | | | | | | | | |
| 470. -Merrill Lynch Cash | A | Interest | J | T | | | | | |
| 471. -Ready Asset Gov Liq Fd Cash | A | Interest | J | T | | | | | |
| 472. -Vanguard Dividend Appreciation ETF VIG | A | Dividend | | | Sold | 07/15/20 | J | B | |
| 473. | | | | | | | | | |
| 474. | | | | | | | | | |
| 475. Education Savings Account 2 (H) | | | | | | | | | |
| 476. -MFund - Blackrock Advantage Lrg | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477.  -MFund - Blackrock Global | A | Dividend | K | T | | | | | |
| 478. | | | | | | | | | |
| 479.  College Savings Plan Account 2 (H) | | | | | | | | | |
| 480.  -MFund - Ishares Core Mod Alloc C | A | Dividend | K | T | Sold<br>(part) | 07/20/20 | J | A | |
| 481. | | | | | Sold<br>(part) | 11/23/20 | J | B | |
| 482.  Individual Investor Acccount 2 (H) | | | | | | | | | |
| 483.  -MFund - Ivy Asset Strategy Fund CL<br>WASAX | A | Dividend | J | T | | | | | |
| 484.  -MFund - MFS Growth Allocation Fund C<br>MCGWX | A | Dividend | J | T | | | | | |
| 485. | | | | | | | | | |
| 486.  Education Savings Acccount 3 (H) | | | | | | | | | |
| 487.  -Bank of America Cash | A | Dividend | J | T | | | | | |
| 488.  -MFund-First TR Dorsey WRT FV | A | Dividend | J | T | | | | | |
| 489.  -MFund-IShares Core S&P Total ITOT | A | Dividend | J | T | | | | | |
| 490.  -Bond-IShares Broad USD Investment<br>USIG | A | Dividend | J | T | | | | | |
| 491.  -MFund-IShares Core S&P 500 ETF IVV | A | Dividend | J | T | | | | | |
| 492.  -MFund-IShares Inc Core MSCI IEMG | A | Dividend | J | T | | | | | |
| 493.  -MFund-IShares TR Core MSCI EAF IEFA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Bond-Vanguard Total Bond MKT BND | A | Dividend | J | T | | | | | |
| 495. | | | | | | | | | |
| 496. Investment 2 (H) | | | | | | | | | |
| 497. -Merrill Lynch Cash | A | Interest | J | T | | | | | |
| 498. -Stock - AES Corp | A | Dividend | J | T | | | | | |
| 499. -Stock - Alibaba Group Holding LT | A | Dividend | J | T | | | | | |
| 500. -Stock - Ally Finl Inc | A | Dividend | J | T | | | | | |
| 501. -Stock - Alphabet Inc Shs CL C | A | Dividend | J | T | | | | | |
| 502. -Stock - Alphabet Inc Shs CL A | A | Dividend | J | T | Sold (part) | 04/03/20 | J | A | |
| 503. -Stock - Altria Group Inc | A | Dividend | J | T | | | | | |
| 504. -Stock - Amazon Com Inc Com | A | Dividend | J | T | Buy (add'l) | 03/13/20 | J | | |
| 505. -Stock - Anthem Inc | A | Dividend | J | T | Buy (add'l) | 01/15/20 | J | | |
| 506. -Stock - Apple Inc | A | Dividend | J | T | | | | | |
| 507. -Stock - Applied Material Inc | A | Dividend | J | T | | | | | |
| 508. -Stock - Axalta Coating Systems | A | Dividend | J | T | | | | | |
| 509. -Stock - Bae Sys Plc Spn Adr | A | Dividend | J | T | | | | | |
| 510. -Stock - Berkshire Hathaway Inc Del CL B New | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  -Stock - Biogen Inc | A | Dividend | J | T | | | | | |
| 512.  -Stock - BP Plc Spon Adr BP | A | Dividend | J | T | | | | | |
| 513.  -Stock - CBRE Group Inc CBRE | A | Dividend | J | T | | | | | |
| 514.  -Stock - CDK Global Inc Shs | A | Dividend | J | T | | | | | |
| 515.  -Stock - Captial One Finl COF | A | Dividend | J | T | | | | | |
| 516.  -Stock - CDW Corp CDW | A | Dividend | J | T | | | | | |
| 517.  -Stock - Chevron Corp | A | Dividend | J | T | | | | | |
| 518.  -Stock-CH Robinson Worldwide CHRW | A | Dividend | J | T | | | | | |
| 519.  -Stock - Ciena Corp CIEN | A | Dividend | J | T | | | | | |
| 520.  -Stock - Cisco Systems Inc Com | A | Dividend | J | T | | | | | |
| 521.  -Stock - CocaCola Com KO | A | Dividend | J | T | | | | | |
| 522.  -Stock - Cognizant Tech Solutns A | A | Dividend | J | T | | | | | |
| 523.  -Stock - Comcast Corp New CL A | A | Dividend | J | T | | | | | |
| 524.  -Stock - ConocoPhillips | A | Dividend | J | T | | | | | |
| 525.  -Stock - Corteva Inc Reg Shs | A | Dividend | J | T | | | | | |
| 526.  -Stock- Delta Airlines Inc DAL | A | Dividend | | | Sold | 03/10/20 | J | A | |
| 527.  -Stock - Dollar General Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  -Stock - Dollar Tree Inc | A | Dividend | J | T | | | | | |
| 529.  -Stock - EQT Corp EQT | A | Dividend | J | T | | | | | |
| 530.  -Stock - E Trade Finl Corp | A | Dividend | J | T | | | | | |
| 531.  -Stock - Facebook Inc Class A Common FB | A | Dividend | J | T | Buy (add'l) | 02/07/20 | J | | |
| 532.  -Stock - Fidelity Natl Info Svcs FIS | A | Dividend | J | T | | | | | |
| 533.  -Stock - Fleetcor Technologies Inc | A | Dividend | J | T | | | | | |
| 534.  -Stock - Fortive Corp Shs | A | Dividend | J | T | | | | | |
| 535.  -Stock - Fox Corp Reg Shs CL A | A | Dividend | J | T | | | | | |
| 536.  -Stock - General Motors Com | A | Dividend | J | T | | | | | |
| 537.  -Stock - Hubbell Inc Shs | A | Dividend | J | T | | | | | |
| 538.  -Stock - Humana Inc HUM | A | Dividend | J | T | Sold (part) | 03/19/20 | J | A | |
| 539. | | | | | Sold (part) | 11/18/20 | J | A | |
| 540.  -Stock - Intercontinental ICE | A | Dividend | J | T | | | | | |
| 541.  -Stock - JPMorgan Chase & Co | A | Dividend | J | T | | | | | |
| 542.  -Stock - Koninkl Phil Nv Sh New | A | Dividend | J | T | | | | | |
| 543.  -Stock - Laboratory CP Amer Hldgs | A | Dividend | J | T | | | | | |
| 544.  -Stock - Las Vegas Corp LVS | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545.  -Stock - Lowe's Companies Inc | A | Dividend | J | T | | | | | |
| 546.  -Stock - Microsoft Corp | A | Dividend | J | T | | | | | |
| 547.  -Stock - Morgan Stanley MS | A | Dividend | J | T | | | | | |
| 548.  -Stock - Norfolk Southern Corp | A | Dividend | J | T | | | | | |
| 549.  -Stock - Novo Nordisk A S Adr | A | Dividend | J | T | | | | | |
| 550.  -Stock - O'Reilly Automotive Inc | A | Dividend | J | T | | | | | |
| 551.  -Stock - Otis Worldwide Corp Reg | A | Dividend | J | T | | | | | |
| 552.  -Stock - Pfizer Inc | A | Dividend | | | Sold | 11/18/20 | J | A | |
| 553.  -Stock - Quanta Services Inc | A | Dividend | J | T | | | | | |
| 554.  -Stock - Raymond James Finl Inc | A | Dividend | J | T | | | | | |
| 555.  -Stock - RobertHalf Intl Inc Com | A | Dividend | J | T | | | | | |
| 556.  -Stock - Ross Stores Inc Com | A | Dividend | J | T | | | | | |
| 557.  -Stock - Sanofi Adr | A | Dividend | J | T | | | | | |
| 558.  -Stock - Taiwan S Manufctring Adr | A | Dividend | J | T | | | | | |
| 559.  -Stock - Unilever NV NY Reg Shs | A | Dividend | J | T | | | | | |
| 560.  -Stock - UnitedHealth Group Inc | A | Dividend | J | T | | | | | |
| 561.  -Stock - US Bancorp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. -Stock - Veeva Sys Inc VEEV | A | Dividend | J | T | | | | | |
| 563. -Stock - Visa Inc CL A Shrs | A | Dividend | J | T | | | | | |
| 564. -Stock - Vodafone Group Plc VOD | A | Dividend | J | T | | | | | |
| 565. -Stock - WalMart Inc | A | Dividend | | | Sold | 09/18/20 | J | A | |
| 566. | | | | | | | | | |
| 567. Investment 4 (H) | | | | | | | | | |
| 568. -Merrill Lynch Cash | A | Interest | M | T | | | | | |
| 569. -Stock - Baxter Interntl Inc | A | Dividend | K | T | | | | | |
| 570. | | | | | | | | | |
| 571. Life Insurance (H) | | | | | | | | | |
| 572. -Knights of Columbus (whole life insurance policy) | A | Dividend | K | T | | | | | |
| 573. EBC Farms LLC; 33.333%; farm land rental; Sunflower County, MS | D | Rent | N | W | | | | | |
| 574. EEM LLC; 100% interest; property mgmt co. Gulfport, MS | A | Interest | | | Sold | 07/30/20 | N | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Myers, Jr., Robert P. | 07/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Jr., Robert P. | 07/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert P. Myers, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544